UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. |
| | ) |
| FRANCIS P. SALEMME and | ) |
| PAUL M. WEADICK, | ) Violations: |
| | ) 18 U.S.C. § 1512(a)(1)(C); |
| Defendants. | ) 18 U.S.C. § 2 |
| | ) |

INDICTMENT

THE UNITED STATES GRAND JURY, in and for the District of Massachusetts, charges that:

COUNT ONE
(Murder of a witness – 18 USC § 1512(a)(1)(C))

1. At times material to this Indictment:

    a.     In or before 1991, the defendant FRANCIS P. SALEMME (hereinafter "SALEMME") became the boss of the New England Family of La Cosa Nostra (hereinafter "the NELCN"), a secret criminal organization which had previously been known as the Patriarca Family of La Cosa Nostra. Prior to becoming the boss, SALEMME was a "capo" or captain in the NELCN and was the "boss of Boston."

    b.     Francis P. Salemme, Jr. (hereinafter "Salemme, Jr.") was a "made" member of the NELCN and the son of the defendant SALEMME.

    c.     The defendant PAUL M. WEADICK, (hereinafter "WEADICK") was a close associate of Salemme, Jr.

    d.     Steven A. DiSarro was a businessman who was associated with SALEMME and Salemme, Jr. DiSarro had experience in the ownership and operation of

restaurants and clubs. DiSarro also had knowledge of various criminal activities in which the Salemmes were involved. DiSarro disappeared on or about May 10, 1993.

   e. The Channel was a club located at 25 Necco Street in South Boston. In or about and between 1990 and 1993, DiSarro acquired control of The Channel. SALEMME and Salemme, Jr. had a hidden interest in The Channel.

   f. In or about and between 1991 and 1993, the Salemmes became the subject of a criminal investigation, including a federal grand jury investigation, by state and federal law enforcement authorities. In connection with this investigation, Salemme, Jr. was indicted by a federal grand jury on or about June 19, 1992 in United States v. Francis P. Salemme, Jr., Crim. No. 92-10179-REK. The relationship of the Salemmes to The Channel was relevant not only to the aforementioned criminal investigation, but also to pending court proceedings in Crim. No. 92-10179-REK.

   g. On or about May 10, 1993, SALEMME, Salemme, Jr., and WEADICK participated in the murder of Steven DiSarro. SALEMME arranged with others to dispose of DiSarro's body at a location in Providence, Rhode Island.

   h. Shortly after the murder of DiSarro, SALEMME transported DiSarro's body to Providence, R.I., where associates of SALEMME arranged to have the body buried in the vicinity of 715 Branch Avenue.

  2. On or about May 10, 1993, in the District of Massachusetts and elsewhere, the defendants,

       FRANCIS P. SALEMME and
       PAUL M. WEADICK,

did kill Steven A. DiSarro by murdering him with malice aforethought, with intent to prevent the

communication by DiSarro to a law enforcement officer of the United States of information relating to the commission and possible commission of a federal offense.

All in violation of Title 18, United States Code, Sections 1512(a)(1)(C) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
FRED M. WYSHAK, JR.
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: ___9/1/2016___
Dated

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

12:43p.