UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CR. NO. 16-CR-10258-ADB

FRANCIS P. SALEMME

MOTION FOR PRE-SENTENCE REPORTS

Francis P. Salemme, by his attorneys, moves that this Court order the U.S. Probation Office, or alternatively the United States Attorney's Office (which clearly has copies of the requested reports), to provide him with a copy of the pre-sentence reports for the following prospective government witnesses:

Steven Flemmi, Indictments 99-CR-10371-DJC; 99-CR-10371-RGS; 97-CR-10060-REK; 94-CR-10287-MLW.

Robert DeLuca, Indictments 16-CR-10186-DJC; 94-CR-10287-MLW.

William Ricci, U.S. D. Ct, Rhode Island, Indictments 95-CR-00085-WES-PAS; 95-CR-00085-WES-PAS-1.

The presentence reports are likely to contain information and evidence that will be properly admissible during cross examination of the above named witnesses.

FRANCIS P. SALEMME

By his attorneys,

*/s/ Steven Boozang*

Steven Boozang
BBO #659216
450 Washington Street
Dedham, MA 02026
781-251-9991

*/s/ Elliot M. Weinstein*  
Elliot M. Weinstein  
BBO #520400  
83 Atlantic Avenue  
Boston, MA  02110  
617-367-9334

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on all parties via ECF system.

*/s/ Elliot M. Weinstein*
_____
Elliot M. Weinstein