UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 16-10258-ADB |
| v. | ) | |
| | ) | |
| FRANCIS P. SALEMME and | ) | |
| PAUL M. WEADICK, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT WEADICK'S MOTION IN LIMINE TO EXCLUDE STATEMENTS

The United States submits this response to the defendant Weadick's motion to exclude statements. Without specifying any particular statements, the defendant seeks to exclude "irrelevant" and co-conspirator statements. Although the defendant's brief may be a crude primer on several rules of evidence, the government is at a loss regarding a response except to say that the government will only seek to admit evidence permitted under the Federal Rules of Evidence and prevailing jurisprudence.

To the extent that the defendant objects to the admission of evidence relating to "organized crime," this evidence is intrinsic to the charged offense. The membership of and association with the NELCN of the many participants who were involved in the infiltration of The Channel, the murder of DiSarro, and the subsequent disposal of DiSarro's remains is central to the proof in the case at bar. Moreover, the Indictment specifically recites these relationships

and alleges that the murder of DiSarro was committed by members and associates of the NELCN.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    /s/ Fred M. Wyshak, Jr.
       Fred M. Wyshak, Jr.
       William J. Ferland
       Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Fred M. Wyshak, Jr., Assistant United States Attorney, hereby certify that on April 10, 2018, I served a copy of this document on counsel of record for the defendants by electronic filing.

/s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Assistant U.S. Attorney