# United States Court of Appeals
## For the First Circuit

No. 18-1932

UNITED STATES,

Appellee,

v.

FRANCIS P. SALEMME,

Defendant - Appellant.

**MANDATE**

Entered: November 29, 2021

In accordance with the judgment of September 24, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
William Joseph Ferland
Lawrence Gerzog
Randall Ernest Kromm
Donald Campbell Lockhart
Francis P. Salemme