UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS SALEMME,<br><br>Defendant. | Case No. 1:16-CR-10258-001-ADB |

**UNITED STATES OF AMERICA'S ASSENTED TO
MOTION FOR ORDER TO DIRECT CLERK TO APPLY
SEIZED FUNDS TO CRIMINAL MONETARY PENALTIES**

The United States hereby files this Assented to Motion For Order to Direct the Clerk of the United States District Court to Apply Seized Funds to Criminal Monetary Penalties (the "Motion"), pursuant to 28 U.S.C. §§ 2041 and 2042.  Specifically, the United States moves this Court for an order directing the Clerk of the Court to apply funds held by the Clerk of the Court to the criminal monetary penalties imposed against Francis Salemme (the "Defendant") and to refund Defendant the remaining balance.  In support of this Motion, the United States respectfully submits the statements that follow.

1. On May 8, 2019, the United States filed an assented to motion to apply funds seized from the Defendant for application towards the Defendant's outstanding criminal monetary penalties, which the Court approved.  Doc. Nos. 383, 387.  Pursuant to the Court's order, $25,598.00 was turned over to the Clerk of the United States District Court.

2. Because the Defendant had appealed his conviction, the funds turned over to the Clerk were escrowed in the Registry interest-bearing account of the Clerk pending final resolution of the appeal.

3. Defendant's appeal has now been resolved and the Defendant's conviction was affirmed. *See* Doc. Nos. 402, 403, 405 and 409. The Defendant currently owes an outstanding balance as of the date hereof of $24,279.31, *including interest*. The Clerk is holding funds on behalf of the Defendant in the amount of $26,028.20, comprised of $25,598.00 in principle and $430.20 in earned interest.

4. Pursuant to 28 U.S.C. § 2041, the Clerk of Court was authorized to accept and hold the funds on behalf of the Defendant. Further, pursuant to 28 U.S.C. § 2042, now that the appeal is concluded, the Clerk of the Court is permitted to withdraw and apply the deposited funds to the criminal monetary penalties imposed against the Defendant.

5. Accordingly, the United States hereby seeks entry of an order directing the Clerk of the Court to apply the funds being held toward the criminal monetary penalties imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures and to return the remaining funds to the Defendant.

6. Interest continues to accrue on both the criminal monetary penalties owed by the Defendant and the funds being held by the Clerk of the Court in its interest-bearing account. In addition, both the Defendant and his co-defendant who owes restitution joint and several with the Defendant, continue to make payments towards the criminal monetary penalties transmitted through the Bureau of Prisons. As such, upon entry of an order by the Court approving this Motion the United States will provide to the Clerk, with a copy to counsel to the Defendant, the final balance of criminal monetary penalties owed by the Defendant and the funds remaining shall be returned to the Defendant.

7. The Defendant assents to the relief requested.

WHEREFORE, the United States respectfully requests that the court issue an order

directing the Clerk of the Court to (i) apply the being held by the Clerk of the Court toward the criminal monetary penalties imposed against the Defendant as provided by law and in accordance with the Clerk's standard operating procedures; and (ii) return the remaining funds to the Defendant.

                                                            Respectfully submitted,

                                                            UNITED STATES OF AMERICA
                                                            By its attorneys

                                                            RACHAEL S. ROLLINS
                                                           Acting United States Attorney

Date:  March 30, 2022                 By:    /s/ Raquelle L. Kaye
                                                            RAQUELLE L. KAYE
                                                            Assistant United States Attorney
                                                           1 Courthouse Way, Suite 9200
                                                           Boston, MA 02210
                                                          Tel. No. (617) 748-3403
                                                          raquelle.kaye@usdoj.gov

## CERTIFICATE OF SERVICE

  I, Raquelle L. Kaye, hereby certify that on March 30, 2022 I electronically filed the foregoing document with the U.S. District Court for the District of Massachusetts by using the CM/ECF system.  The foregoing document will be electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

  I further certify that on March 30, 2022, I served a copy of the same by first-class U.S. mail, postage pre-paid, to the following:

 Lawrence Gerzog
 40 Fulton Street, 23rd Floor
 New York, NY 10038

Date: March 30, 2022             /s/ Raquelle L. Kaye
                    RAQUELLE L. KAYE